IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00276-WYD-MJW

CYNTHIA EIDEN,

    Plaintiff(s),

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,

    Defendant(s).

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the parties Stipulation of Dismissal With Prejudice, filed May 12, 2006.  In the stipulation, the parties affirm that they have reached a settlement in this matter, and that under the terms of the settlement, the within action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs and attorney's fees.  Therefore, it is hereby

    ORDERED that the within action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

    Dated:  May 15, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge